UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

             Plaintiff,

      - against -

LATEEF T. WARNICK,

            Defendant.
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/06
```

06 Civ. 5691 (LAP) (MHD)

**DEFAULT JUDGMENT**

    AN ORDER having been issued directing defendant Lateef T. Warnick to show cause why a default judgment should not be entered against him, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure; the Order having been served on defendant in accordance with its terms; the return thereof having been duly filed; the matter having come to be heard before me on the   th day of         2006; Assistant United States Attorney, John P. Cronan, having been appeared in support thereof; and no one having appeared in opposition thereto.

    NOW, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for plaintiff United States of America, it is hereby

    ORDERED, ADJUDGED and DECREED that plaintiff United States of America have judgment against defendant in the sum of $16,991.00, together with costs and disbursements in the sum of $100.33, amounting in all to the sum of $17,091.33, with interest thereafter from the date judgment as provided by law, and that plaintiff United States of America have execution therefor.

Dated: New York, New York
       December 20, 2006

                                                                    _____
                                                                    HON. LORETTA A. PRESKA
                                                                    UNITED STATES DISTRICT JUDGE